# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 5:99CR60-3 |
| Johnny Lee White | ) | USM No: 15046-058 |
| | ) | Tanzania C. Cannon-Eckerle |
| Date of Previous Judgment: 11/20/00 | ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ❑ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___151___ months **is reduced to** ___121 months___ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 35 | | Amended Offense Level: 33 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: 210 to 262 months | | Amended Guideline Range: 168 to 210 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❑ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❑ Other (explain):

## III. ADDITIONAL COMMENTS
It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated ___11/20/00___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___July 29, 2008___

Effective Date: _____
   (if different from order date)

Richard L. Voorhees
United States District Judge